Laurie Ann Harms, *Pro Se*
400 Del Antico Ave., #1211
Oakley, California 94561
Ph: 925-200-2711
Fax: 925-627-0457

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

LAURIE ANN HARMS,

    Debtor.

Case No.: 20-41442

NOTICE OF MOTION AND MOTION FOR EXTENSION OF TIME TO FILE THE REMAINDER OF THE REQUIRED DOCUMENTS LISTED ON FORM OFRDI; MEMORANDUM OF POINTS AND AUTHORITIES; AND DECLARATION(S) OF LAURIE ANN HARMS IN SUPPORT THEREOF

## MOTION FOR EXTENSION OF TIME

By this Motion Laurie Ann Harms seeks a "30-day" extension of time specified in FRBP 1007 for filing the remainder of the required documents as listed on Form OFRDI in the Debtor's bankruptcy case.

The grounds for this Motion are as follows:

1. On September 01, 2020 a petition for relief under Chapter 13 of the United States Bankruptcy Code was filed by the Debtor.

2. Pursuant to FRBP 1007 the deadline for filing the remainder of the required documents as listed on Form OFRDI with the Court is September 15, 2020.

3. The Debtor requests an additional 30 days through and including October 15, 2020 in which to file the documents specified in Paragraph 2 above.

4. Cause exists to grant the Debtor's extension request as follows:

    a. Amount of time required compiling required information, researching applicable FRBP, Court rulings, and Local rules, including new requirements as of

December 1, 2017, and the need to possibly hire professional assistance to prepare the required documents.

    b. There is a declared state of emergency related to the Covid-19 pandemic with health orders in place in both the State of California, and County of Contra Costa since at least March 17, 2020, making it difficult to compile the information needed for the schedules.

5. This Motion is timely in that the deadline specified in FRBP 1007 has not yet passed.

WHEREFORE Debtor requests the Court extend the time for filing the documents described in Paragraph 2 above, to, and including October 15, 2020.

Dated this 15th day of September, 2020

*Laurie Ann Harms*
Laurie Ann Harms, *Pro Se*

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.
## INTRODUCTION

By this Motion, Laurie Ann Harms seeks a "30-day" extension of time specified in FRBP 1007 for filing the remainder of the required documents, as listed in Form OFRDI in the Debtor's Bankruptcy Case.

## II.
## FACTS

On September 1, 2020 a Petition for relief under Chapter 13 of the United States Bankruptcy Code was filed by the Debtor. Pursuant to FRBP 1007, the deadline for filing the remainder of the required documents as listed on Form OFRDI with the Court is September 15, 2020. The Debtor requests an additional 30 days through and including October 15, 2020 in which to file the documents specified above. Cause exists to grant the Debtor's extension requests as follows: Amount of time required compiling required information, researching applicable FRBP, Court rulings, and Local rules, including new requirements as of December 1, 2017, and the need to possibly hire professional assistance to prepare the required documents. There is a declared state of emergency related to the Covid-19 pandemic with health orders in place in both the State of California, and County of Contra Costa since at least March 17, 2020, making it difficult to compile the information needed for the schedules. This Motion is timely in that the deadline specified in FRBP 1007 has not yet passed.

## III.
## ARGUMENT

For cause shown, the Court can extend the time for filing all Petition documents; FRBP 9006(b)(1). In the instant case, cause exists in that Debtor needs additional time to compile

required information, research applicable FRBP, Court rulings, and Local rules, including new requirements as of December 1, 2017, and the need to possibly hire professional assistance to prepare the required documents. There is a declared state of emergency related to the Covid-19 pandemic with health orders in place in both the State of California, and County of Contra Costa since at least March 17, 2020, making it difficult to compile the information needed for the schedules.

## IV.
## CONCLUSION

THEREFORE, Debtor's request for additional "30-day" extension of time for filing the required documents should be granted.

WHEREFORE, Debtor respectfully requests the Court to grant the within Motion and enter its Order to extend the time for filing the required documents through and including October 15, 2020.

Dated this 15th day of September, 2020

Laurie Ann Harms, *Pro Se*

# DECLARATION

I, Laurie Ann Harms declare as follows:

1. This Declaration is made in support of the "Motion for Extension of Time" of Laurie Ann Harms which asks for an extension of time to file the remainder of the required documents listed on Form OFRDI in the Chapter 13 Petition.
2. I am representing the debtor in the Chapter 13 Petition.
3. On September 1, 2020 a Petition for relief under Chapter 13 of the United States Bankruptcy Code was filed by the Debtor LAURIE ANN HARMS.
4. Pursuant to FRBP 1007 the deadline for filing the remainder of the required documents as listed on Form OFRDI with the Court is September 15, 2020.
5. The Debtor requests an additional 30 days through and including October 15, 2020 in which to file the documents specified in Paragraph 4.
6. Cause exists to grant the Debtor's extension request as follows: Amount of time required compiling required information, researching applicable FRBP, Court rulings, and Local rules, including new requirements as of December 1, 2017, and the need to possibly hire professional assistance to prepare the required documents. There is a declared state of emergency related to the Covid-19 pandemic with health orders in place in both the State of California, and County of Contra Costa since at least March 17, 2020, making it difficult to compile the information needed for the schedules.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of September, 2020 at Oakley California

*/s/ Laurie Ann Harms*
Laurie Ann Harms, Authorized Signatory

MOTION FOR EXTENSION OF TIME - 5