

**The following constitutes the order of the Court.
Signed: October 5, 2020**

_____
**William J. Lafferty, III
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re ) <br> ) <br> Laurie Ann Harms, ) <br> ) <br> ) <br> Debtor. ) <br> ) <br> ) <br> _____ ) | Case No. 20-41442 WJL <br> Chapter 13 <br> <br> <u>HEARING SCHEDULED</u> <br> Date: October 7, 2020 <br> Time: 9:30 a.m. <br> VIA VIDEO/TELECONFERENCE |

**ORDER PRIOR TO HEARING DENYING MOTION TO CONTINUE**

On October 5, 2020, Debtor Laurie Ann Harms filed a Supplemental Declaration (Dkt. 35) stating an expectation that a hearing on NGC Fund I LLC's Motion For Relief From Automatic Stay (Dkt. 18), scheduled for the above-captioned date and time, will be continued by 30 days per Debtor's Request. While the Court had made clear in its Memorandum Prior To Hearing (Dkt. 33) that the hearing would not be continued and would continue as scheduled, the Court issues this Order to make abundantly clear that the hearing shall continue as scheduled.

Accordingly, the Court HEREBY ORDERS that the Debtor's request to continue the hearing as stated in the Debtor's Application For

Services To Persons With Communications Disabilities (Dkt. 22) is DENIED. Though Court may consider a continuance at the scheduled hearing, the Court expects all parties to appear at the hearing. For more information regarding telephonic appearances, please see https://www.canb.uscourts.gov/procedure/district-oakland-san-jose-san-francisco/policy-and-procedure-appearances-telephone.

**\*END OF ORDER\***

**COURT SERVICE LIST**

Laurie Ann Harms
400 Del Antico Avenue
#1211
Oakley, CA 94561