United States Bankruptcy Court
Northern District of California

In re:                                                                 Case No. 20-41442-WJL
Laurie Ann Harms                                          Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0971-4                                 User: cfan                                     Page 1 of 1
Date Rcvd: Oct 05, 2020                     Form ID: pdfeoc                              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Laurie Ann Harms, 400 Del Antico Ave. #1211, Oakley, CA 94561-5658 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2020                                 Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Cheryl C. Rouse | on behalf of Creditor NGC Fund I LLC rblaw@ix.netcom.com |
| Martha G. Bronitsky | 13trustee@oak13.com |
| Office of the U.S. Trustee/Oak | USTPRegion17.OA.ECF@usdoj.gov |

TOTAL: 3

The following constitutes the order of the Court.
Signed: October 5, 2020

_____
**William J. Lafferty, III
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>Laurie Ann Harms,<br><br>           Debtor. | Case No. 20-41442 WJL<br>Chapter 13<br><br>HEARING SCHEDULED<br>Date: October 7, 2020<br>Time: 9:30 a.m.<br>VIA VIDEO/TELECONFERENCE |

**ORDER PRIOR TO HEARING DENYING MOTION TO CONTINUE**

On October 5, 2020, Debtor Laurie Ann Harms filed a Supplemental Declaration (Dkt. 35) stating an expectation that a hearing on NGC Fund I LLC's Motion For Relief From Automatic Stay (Dkt. 18), scheduled for the above-captioned date and time, will be continued by 30 days per Debtor's Request. While the Court had made clear in its Memorandum Prior To Hearing (Dkt. 33) that the hearing would not be continued and would continue as scheduled, the Court issues this Order to make abundantly clear that the hearing shall continue as scheduled.

Accordingly, the Court HEREBY ORDERS that the Debtor's request to continue the hearing as stated in the Debtor's Application For

| | |
|---|---|
| 1 | Services To Persons With Communications Disabilities (Dkt. 22) is |
| 2 | DENIED. Though Court may consider a continuance at the scheduled |
| 3 | hearing, the Court expects all parties to appear at the hearing. |
| 4 | For more information regarding telephonic appearances, please see |
| 5 | https://www.canb.uscourts.gov/procedure/district-oakland-san-jose-s |
| 6 | an-francisco/policy-and-procedure-appearances-telephone. |

**\*END OF ORDER\***

| | |
|---|---|
| 1 | **COURT SERVICE LIST** |
| 2 | Laurie Ann Harms |
| | 400 Del Antico Avenue |
| 3 | #1211 |
| | Oakley, CA 94561 |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

-3-

Case: 20-41442    Doc# 38    Filed: 10/07/20    Entered: 10/07/20 21:28:56    Page 4 of 4