Laurie Harms
400 Del Antico Ave., #1211
Oakley, CA 94561

November 15, 2020

NGC Fund I LLC
11211 Gold Country Blvd. #103
Gold River, CA 95670

CC:
Martha G. Bronitsky
Chapter 13 Standing Trustee
22320 Foothill Blvd., #150
Hayward, CA 94541

Judge William J. Lafferty
Second Floor, Courtroom 220
1300 Clay Street
Oakland, CA 94612

Temporary Mailing Address
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102



7020 1810 0001 0374 8945

RE: Dispute/Objection of/to Debt

 I am the owner of the real property located at 930 West Cypress Road, Oakley, California 94561, APN 035-404-014; I am in a Bankruptcy Chapter 13 case, where the aforementioned real property is part of the bankruptcy estate. I was notified by an attorney representing your company on 11/10/2020 by a filed Proof of Claim in Bankruptcy Proceeding #20-41442 WJL 13 regarding an alleged debt. I have reason to believe I do not owe this debt because your alleged evidence you supplied as an attachment to your proof of claim is an attorney verified on information and belief lawsuit[1] that was originally filed into State Court, and is now a pending case in the above mentioned Bankruptcy case as Adversary Proceeding #20-04046 WJL, with no judgments for money, as the case is still pretrial. I have no contract with you, no lease agreement with you, and no obligation to pay you a dime. You are a pretender creditor, trying to collect a debt based on fraud[2].

---

[1] The complaint establishes no facts, and can't be used as an affidavit establishing the facts. See *CCP §* 446.....However, in those cases the pleadings shall not otherwise be considered as an affidavit or declaration establishing the facts therein alleged. Plus there has been no final judgment on the case. You can't collect on a debt that hasn't been determined to be owed yet?

[2] A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

By filing the enclosed Proof of Claim you have created a genuine controversy that is over $75,000.00. It also creates a joinder of the State case with Bankruptcy Case #20-41442 WJL 13, In Re.: LAURIE ANN HARMS.

I request all of the following information be provided to me by mail:

1. The amount of the alleged debt;
2. The full name and mailing address of the original creditor for this alleged debt;
3. Documentation showing you have verified that I am responsible for this debt, or a copy of any judgment;
4. Documentation showing you are licensed to collect debts in California

Because I am writing you within 30 days of being notified by your company about this debt, you must cease attempting to collect (trying to get paid via a chapter 13 plan) this alleged debt until after you have provided the requested information.

If you continue attempting to collect on this debt — or seek judgment for payment of the debt — without first providing written verification, you will be in violation of the Fair Debt Collection Practices Act. Additionally, the debt cannot accrue any fees or interest beyond what is allowed by state law or by contract with the original creditor.

Sincerely,

By: *Laurie Harms*
Laurie Harms
November 15, 2020

Enclosures: Proof of Claim 2-1, filed into Bankruptcy Case #20-41442 on 11/10/2020 (23 pages)

**Fill in this information to identify the case:**

Debtor 1   Laurie Harms

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court   **California Northern Bankruptcy Court**

Case number:  20–41442

**FILED**

**U.S. Bankruptcy Court**
**California Northern Bankruptcy Court**

11/10/2020

Edward J. Emmons, Clerk

## Official Form 410
## Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1:  Identify the Claim

| | |
|---|---|
| **1. Who is the current creditor?** | NGC Fund I LLC |
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor |

| | |
|---|---|
| **2. Has this claim been acquired from someone else?** | ☑ No<br>☐ Yes. From whom? |

| | | |
|---|---|---|
| **3. Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent?<br><br>NGC Fund I LLC | Where should payments to the creditor be sent? (if different) |
| | Name<br><br>11211 Gold Country Blvd. #103<br>Gold River, CA 95670 | Name |
| | Contact phone ____916–822–3220____<br>ext.104 | Contact phone _____ |
| | Contact email _____ | Contact email _____ |
| | Uniform claim identifier for electronic payments in chapter 13 (if you use one):<br><br>_____ | |

| | |
|---|---|
| **4. Does this claim amend one already filed?** | ☑ No<br>☐ Yes. Claim number on court claims registry (if known) _____   Filed on _____<br>MM / DD / YYYY |

| | |
|---|---|
| **5. Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No<br>☐ Yes. Who made the earlier filing? _____ |

Official Form 410

Proof of Claim

page 1

**Part 2:** Give Information About the Claim as of the Date the Case Was Filed

| | |
|---|---|
| 6. **Do you have any number you use to identify the debtor?** | ☑ No<br>☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____ |

7. **How much is the claim?**   $ 77734.23   **Does this amount include interest or other charges?**
☐ No
☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as healthcare information.

statutory daily rental damages in unlawful detainer action

9. **Is all or part of the claim secured?**

☑ No
☐ Yes. The claim is secured by a lien on property.
**Nature of property:**
☐ Real estate.   If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410–A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:**   $ _____

**Amount of the claim that is secured:**   $ _____

**Amount of the claim that is unsecured:**   $ _____   (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:**   $ _____

**Annual Interest Rate** (when case was filed) _____ %

☐ Fixed
☐ Variable

10. **Is this claim based on a lease?**

☑ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $ _____

11. **Is this claim subject to a right of setoff?**

☑ No
☐ Yes. Identify the property: _____

Official Form 410                     Proof of Claim                     page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☒ No<br>☐ Yes. *Check all that apply:* | | Amount entitled to priority |
|---|---|---|---|
| A claim may be priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | | $ _____ |
| | ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | | $ _____ |
| | ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | | $ _____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | | $ _____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | | $ _____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(_) that applies | | $ _____ |
| | * Amounts are subject to adjustment on 4/1/22 and every 3 years after that for cases begun on or after the date of adjustment. | | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

Check the appropriate box:

☐ I am the creditor.

☒ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  11/10/2020
                  MM / DD / YYYY

/s/  Cheryl C. Rouse
Signature

Print the name of the person who is completing and signing this claim:

Name        Cheryl C. Rouse
            First name    Middle name    Last name

Title       Attorney

Company     Law Offices of Rouse & Bahlert
            Identify the corporate servicer as the company if the authorized agent is a servicer

Address     1246 18th Street
            Number  Street
            San Francisco, CA 94107
            City  State  ZIP Code

Contact phone  415–575–9444        Email    rblaw@ix.netcom.com

Case Name: *In re Laurie Ann Harms*
Case Number: 20-41442
Case Filed: 9/1/2020

# ATTACHMENT TO PROOF OF CLAIM

**Creditor:** NGC Fund I LLC, a Delaware Limited Liability Company

**Pending Unlawful Detainer Case:** *The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificate holders of CWALT, Inc. Alternative Loan Trust 2005-27, Mortgage Pass-Through Certificates Series 2005-27 v. Dale Harms, Laurie Harms and Does 1 through 5,* Case No. PS 19-0160, filed in the Superior Court, County of Contra Costa, Pittsburg Branch, State of California

**Debt Calculation: $77,734.23** - Statutory damages for daily rent for the reasonable value of the use and occupancy of premises in the amount of $131.53 per day from 1/19/19 (expiration of 3 day notice period) to 9/1/20 (591 days).

**Attached Document:**

**Verified Complaint for Unlawful Detainer**

1

Jonathan J. Damen, Esq. (CA Bar #251669)
Erin M. McCartney, Esq. (CA Bar #308803)
Talia M. Cortese, Esq. (CA Bar #318124)
ZIEVE, BRODNAX & STEELE, LLP
30 Corporate Park, Suite 450
Irvine, CA 92606
Phone: (714) 848-7920
Fax: (714) 848-7836

Attorney for Plaintiff

SUPERIOR COURT OF THE STATE OF CALIFORNIA

FOR THE COUNTY OF CONTRA COSTA

PITTSBURG JUDICIAL DISTRICT

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2005-27, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-27<br><br>Plaintiff,<br><br>vs.<br><br>DALE HARMS, LAURIE HARMS, and Does 1 through 5, inclusive,<br><br>Defendants. | Case No.: **PS 19-0160**<br><br>VERIFIED COMPLAINT FOR UNLAWFUL DETAINER (residential)<br><br>(demand for complaint is less than $10,000.00)<br><br>ACTION BASED ON CODE OF CIVIL PROCEDURE SECTION 1161a |

Plaintiff alleges:

1. Plaintiff THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2005-27, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-27 ("Plaintiff") is an entity qualified to commence this action.

2. Plaintiff is the owner of the real property located at 930 WEST CYPRESS ROAD, OAKLEY, CA 94561, ("Premises") and is entitled to possession thereof.

3. On or about 11/20/2018 Plaintiff became the owner of the Premises by purchasing it at a trustee's sale held in compliance with California Civil Code § 2924. The title on the Premises pursuant to the foreclosure sale has been duly perfected in Plaintiff's name. A true and correct copy of the Trustee's Deed Upon Sale is attached hereto and incorporated herein as Exhibit "A".

COMPLAINT

4. Each Defendant named above is a natural person. The true names and capacities of Defendants sued as Does are unknown to Plaintiff. Plaintiff is informed and believes, and based thereon alleges, that each fictitiously named Defendant is responsible in some manner for the actions or inactions alleged in this Complaint and/or claim some right to possession of the real property described above. Plaintiff will either amend this Complaint to set forth the identity and capacity of each DOE Defendant when ascertained or will conform this Complaint to proof at trial.

5. Defendants have occupied the Premises since the foreclosure sale without the consent of Plaintiff. Defendants' title to and/or right to possess the Premises was extinguished by the foreclosure sale.

6. On or about 01/15/2019 Plaintiff served a (1) written notice on Defendants to quit and deliver up possession of the Premises within three (3) days after service of the notice if they are a former owner of the Premises and a (2) written notice to renters pursuant to California Code of Civil Procedure §1161c. Said notice(s) is/are hereinafter collectively referred to as the "Notice to Quit". True and correct copies of the Notice to Quit and proofs of service thereof are attached hereto and incorporated herein together as Exhibit "B".

7. More than three (3) days have elapsed since the service of the Notice to Quit without Defendants quitting and delivering up possession of the Premises

8. Plaintiff is entitled to damages in the sum of $131.53 per day from the expiration of the Notice to Quit for the reasonable value of the use and occupancy of the Premises.

9. By this lawsuit, Plaintiff seeks immediate possession of the Premises.

10. After diligent search it appears Defendants are not on active military duty. Attached hereto as Exhibit "C" is a true and correct copy of the Affidavit of Military Status.

///
///
///
///
///
///
///
///
///
///
///
///

COMPLAINT

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

(1)     For restitution of the Premises;

(2)     For damages in the amount of $131.53 for each day Defendants occupy the Premises from the expiration of the Notice to Quit through entry of judgment;

(3)     For costs of suit;

(4)     For such other relief as the Court deems proper.

Dated: 02/13/2019

ZIEVE, BRODNAX & STEELE, LLP
BY: ~~Jonathan J. Damen, Esq.~~
~~Erin M. McCartney, Esq.~~
Talia M. Cortese, Esq.
Counsel for THE BANK OF NEW YORK
MELLON FKA THE BANK OF NEW
YORK, AS TRUSTEE FOR THE
CERTIFICATEHOLDERS OF CWALT,
INC. ALTERNATIVE LOAN TRUST 2005-
27, MORTGAGE PASS-THROUGH
CERTIFICATES SERIES 2005-27

COMPLAINT

**"EXHIBIT A"**

Case: 20-41442   Claim 6-1 Part 2   Filed: 11/20/20   Desc Attachments #2   Page 4 of 19

RECORDING REQUESTED BY:

WHEN RECORDED MAIL TO:
National Default Servicing Corporation
7720 N 16th Street Suite 300
Phoenix, AZ 85020

FORWARD TAX STATEMENTS TO:
BoNY Mellon, fka BoNY, CWALT, 2005-27
C/O Shellpoint Mortgage Servicing
15 S Main St Ste. 401
Greenville, SC 29601-2743

20189019063300003
CONTRA COSTA Co Recorder Office
JOSEPH CANCIAMILLA, Clerk-Recorder
DOC 2018-0190633-00
Acct 1124-Servicelink Irvine Ca Simplifile
Tuesday, NOV 27, 2018 14:07:46
SB2  $75.00|MOD   $3.00|REC  $13.00
FTC   $2.00|DAF   $2.70|REF   $0.30
RED   $1.00|ERD   $1.00|
Ttl Pd   $98.00       Nbr-0003355090
AAR/RC/1-3

APN: 035-404-014

NDSC File No. :       14-20071-SP-CA
Title Order No. :    1578888

## TRUSTEE'S DEED UPON SALE

The undersigned grantor declared under penalty of perjury
Transfer Tax: S
The Grantee herein WAS the Beneficiary
The amount of the unpaid debt was $593,928.06
The amount paid by the Grantee was $348,750.00
The property is in the city of OAKLEY, County of CONTRA COSTA, State of CA.

National Default Servicing Corporation, an Arizona Corporation, as the duly appointed Trustee (or
successor Trustee or Substituted Trustee), under a Deed of Trust referred to below, and herein called
"Trustee", does hereby grant without any covenant or warranty to :

The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of
CWALT, Inc. Alternative Loan Trust 2005-27, Mortgage Pass-Through Certificates Series 2005-27

herein called Grantee, the following described real property situated in CONTRA COSTA County :

LOT 71, AS SHOWN ON THE MAP ENTITLED, "TRACT 5327", FILED JULY 15, 1980, IN
THE OFFICE OF THE COUNTY RECORDER IN AND FOR SAID COUNTY IN BOOK 241 OF
MAPS, AT PAGE 37 THROUGH 41, INCLUSIVE.

EXCEPTING THEREFROM: ALL OIL, GAS, CASINGHEAD GAS, ASPHALTUM AND
OTHER HYDROCARBONS AND ALL CHEMICAL GAS, NOW OR HEREAFTER FOUND,
SITUATED OR LOCATED IN ALL OR ANY PORTION OF THE LAND DESCRIBED HEREIN,
BUT WITHOUT ANY RIGHT WHATSOEVER TO ENTER UPON THE SURFACE OF SAID
LANDS WITHIN 500 FEET VERTICAL DISTANCE BELOW THE SURFACE THEREOF; AS
RESERVED IN THE DEED EXECUTED BY JOHN A. MORI, ET AL, RECORDED JULY 5,
1978, BOOK 8910, PAGE 147, OFFICIAL RECORDS, CONTRA COSTA COUNTY..

Page 2
Trustee's Deed Upon Sale
NDSC File No. 14-20071-SP-CA

This conveyance is made pursuant to the powers conferred upon Trustee by said Deed of Trust executed
**Dale Harms and Laurie Harms Husband And Wife**, as Trustor, recorded on 04/22/05, Instrument No.
**2005-0142581-00** Official Records in the Office of the County Recorder of **CONTRA COSTA** County,
**CA.**

All requirements of law regarding the recording and mailing of copies of the Notice of Default and
Election to Sell, the recording, mailing, posting, and publication of the Notice of Trustee's Sale have
been complied with.

Trustee, in compliance with said Notice of Trustee's Sale and in exercise of its powers under said Deed
of Trust sold said real property at public auction on 11/20/18 Grantee, being the highest bidder at said
sale became the purchaser of said property for the amount bid, which amount was **$348,750.00.**

Dated: 11/21/18                National Default Servicing Corporation, an Arizona Corporation

By: _Genevieve Mada_

**Genevieve Mada,, Trustee Sales Officer**

State of: Arizona
County of: Maricopa

On **Nov, 21** , 20**18** , before me, the undersigned, a Notary Public for said State, personally appeared
**Genevieve Mada**, personally known to be me (or proved to me on the basis of satisfactory evidence) to be the
person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her
authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the
person acted, executed the instrument.

WITNESS my hand and official seal,



Notary Public State of Arizona
Maricopa County
Billie Ranee Portz
My Commission Expires 10/26/2021

Signature _Billie Ranee Portz_

Case: 20-41442    Claim 26 Part 3    Filed: 11/20/20    Desc 11/20/20 15:45:57    Page 12 of
26

## ATTACHMENT

## FORECLOSING LENDER CONTACT INFORMATION

Pursuant to Ordinance No. 9988 of the San Diego County Code, notice is hereby given of the current contact information for the foreclosing lender and the authorized representative of the foreclosing lender charged with the obligation to manage, care for and maintain the foreclosed property as granted and conveyed by a Trustee's Deed Upon Sale, described property as:

**930 WEST CYPRESS ROAD
OAKLEY, CA 94561
APN:   035-404-014**

**Foreclosing Lender Contact Information
Lender/Servicer:** Shellpoint Mortgage Servicing
**Address:** 15 S Main St Ste. 401,  Greenville, SC 29601-2743
**Authorized Representative:**
**Phone Number:**
**E-mail Address:**

"This instrument is being recorded as an
ACCOMMODATION ONLY, with no
Representation as to its effect upon title"

**"EXHIBIT B"**

# NOTICE TO QUIT

**TO:**         **DALE HARMS, LAURIE HARMS AND ALL UNKNOWN OCCUPANTS**

**ADDRESS:**     **930 WEST CYPRESS ROAD, OAKLEY, CA 94561**
                  (referred to below as the "above-described real property")

The above-described real property was sold in accordance with California Civil Code §2924, under a Power of Sale contained in a Deed of Trust securing said real property, and title under the foreclosure sale has been duly perfected by virtue of the Power of Sale in the Deed of Trust.

If you are a former owner of the above-described real property, or any person who is not a legitimate tenant or subtenant, **within three (3) days after service of this notice**, you are hereby required to quit and deliver possession of the above-described real property now held and occupied by you. This Notice to Quit specifically terminates any possessory interest you may have in the above-described real property. This Three (3) Day Notice to Quit is served upon you pursuant to California Code of Civil Procedure §1161a for the purpose of terminating occupancy of the above-described real property; <u>or</u>

If you are a tenant or a subtenant of the above-described real property you must vacate the above described real property within a maximum of ninety (90) days or the term of your lease, whichever is longer, after service of this Notice to Quit. If you believe you occupy the residence as a tenant or subtenant in possession please provide a copy of (1) your rental or lease agreement; (2) a utility bill; (3) recent rental receipts; (4) information on whether you receive assistance under the Department of Housing and Urban Development's Section 8 Housing Program; (5) a return phone number and the best time you can be reached; and (6) information on whether or not you are the child, spouse, or parent of the former owner of the property. If you occupy the property and you do not have a written rental or lease agreement please contact the below immediately to discuss. Please deliver the above documentation to our office within 48 hours of receipt of this notice. This ninety (90) Day Notice to Quit is served upon you pursuant to California Code of Civil Procedure §1161b. Therefore, you must vacate the above described real property no later than ninety (90) days after service of this Notice to Quit.

If within the applicable period as set forth above, you either fail to surrender possession OR you fail to provide evidence that you are a tenant pursuant to California Code of Civil Procedure §1161b, we will commence eviction proceedings against you to recover possession of the real property and for damages caused by your unlawful detention of the real property. UNLESS CONTACT IS MADE AND ACCEPTABLE EVIDENCE TO SHOW A LEGITIMATE TENANCY IS PRODUCED WITHIN THREE (3) DAYS OF THE SERVICE OF THIS NOTICE, THE EVICTION ACTION WILL BE COMMENCED AGAINST THE ABOVE NAMED OCCUPANTS BASED ON THE THREE (3) DAY PORTION OF THIS NOTICE.

This communication is for the purpose of collection a debt, and any information obtained from the occupant(s) will be used for that purpose. This notice is required by the provision of the Fair Debt Collections Practice Act and does not imply that we are attempting to collect money from anyone who has discharged the debt under the Bankruptcy Laws of the United States.

**If you are an active duty servicemember of the United States Armed Forces (Army, Navy, Air Force, Marine Corps, and Coast Guard), a reserve member of the Armed Forces while on active Federal duty, a member of the National Guard or Air National Guard in military service as defined under 50 U.S.C. § 3911(2)(A)(ii), an inductee serving with the Armed Forces, or the commissioned corps of the Public Health Service or the National Oceanic and Atmospheric Administration (NOAA), or a spouse or dependent of an active duty servicemember, you may be entitled to rights and protections as provided in the Servicemembers Civil Relief Act of 2003 (SCRA) (50 U.S.C. §3901 et seq .), including protection from eviction (50 U.S.C. § 3951(a)). In such case, you or your attorney should contact this law firm immediately and provide proof of active military service so that this firm can determine whether you fall under the protections of SCRA. Please contact the Eviction Department at (714) 794-1741.**

NOTE:       **IF YOU ARE NOT NAMED ABOVE, CONTACT THE UNDERSIGNED WITHIN 48 HOURS AT (714) 794-1741. SE HABLA ESPAÑOL.**

Dated: January 11, 2019

ZIEVE, BRODNAX & STEELE, LLP

*Talia Cortese*

~~Jonathan J. Damen, Esq. (CA Bar #251869)~~
~~Erin M. McCartney, Esq. (CA Bar #308803)~~
Talia M. Cortese, Esq. (CA Bar #318124)
Attorney for THE BANK OF NEW YORK MELLON
FKA THE BANK OF NEW YORK, AS TRUSTEE
FOR THE CERTIFICATEHOLDERS OF CWALT,
INC. ALTERNATIVE LOAN TRUST 2005-27,
MORTGAGE PASS-THROUGH CERTIFICATES
SERIES 2005-27
ZIEVE, BRODNAX & STEELE, LLP
30 Corporate Park, Suite 450
Irvine, CA 92606
Phone: (714) 794-1741  Fax:  (714) 908-7836

18005713

**NOTICE TO ANY RENTERS LIVING AT:**

**930 WEST CYPRESS ROAD, OAKLEY, CA 94561**

The attached notice means that your home was recently sold in foreclosure and the new owner plans to evict you.

You should talk to a lawyer NOW to see what your rights are. You may receive court papers in a few days. If your name is on the papers it may hurt your credit if you do not respond and simply move out.

Also, if you do not respond within five days of receiving the papers, even if you are not named in the papers, you will likely lose any rights you may have. In some cases, you can respond without hurting your credit. You should ask a lawyer about it.

You may have the right to stay in your home for 90 days or longer, regardless of any deadlines stated on any attached papers. In some cases and in some cities with a "just cause for eviction law," you may not have to move at all. But you must take the proper legal steps in order to protect your rights.

How to Get Help

If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfor.ca.gov/selfhelp), or by contacting your local court or county bar association.

ZIEVE, BRODNAX & STEELE LLP
30 Corporate Park  450 Irvine, CA 92606

## PROOF OF SERVICE

I, the undersigned declare that I served the Notice (s) below as indicated:

Notice to quit, Notice to renters

The above described Notice (s) were served on the following named parties in the manner set forth below:

NAME OF OCCUPANT:  Dale Harms, Laurie Harms, and All Uknown Occupants

DATE OF Posting:  January 15, 2019
TIME OF Posting:  8:30 AM

DATE OF MAILING:  January 15, 2019

PROPERTY ADDRESS:  930 West Cypress Road,
Oakley, CA 94561
(HOME)

☐ 1. PERSONAL SERVICE     By delivering a copy of the Notice(s) on the above named occupant(s)

☑ 2. CONSTRUCTIVE SERVICE     After due and diligent effort and after attempting to personally serve said notice(s), as authorized by C.C.P. Section 1162(2,3) on each of the above named parties in the manner set forth below.

By posting a copy for each of the above named parties on  January 15, 2019 at 8:30 AM in a conspicuous place on the property; there being no person of suitable age or discretion to be found at the property or any known place of business of the above named parties and thereafter mailing a copy to each said party by depositing said copies in the United States mail, in a sealed envelope with postage fully prepaid, addressed to each said party at their place where the property or where their mail is delivered on  January 15, 2019.

Fee for Service:$ 90.00

County:  San Francisco
Registration No.:  2017-0001018
Nationwide Legal, LLC
200 West Santa Ana Blvd., Suite 300
Santa Ana, CA 92701
(714) 558-2300
Ref: 18005713

At the time of service, I was at least 18 years of age.  I declare under penalty of perjury that the foregoing is true and correct.

Dated:  January 15, 2019.

Signature: _____
Allan Mendieta

UD79566



**"EXHIBIT C"**

| SHELLPOINT MORTGAGE SERVICING V DALE HARMS, LAURIE HARMS | File No. |
|---|---|

## AFFIDAVIT OF MILITARY STATUS

I, Greg Jones being first duly sworn on my oath, depose and state:

1.      I am of legal age, under no legal disability and make this Affidavit based upon my personal knowledge of facts.

2.      I am a Legal Assistant with the Zieve, Brodnax & Steele, LLP whose principal place of business is located at 30 Corporate Park, Suite 450, Irvine, CA 92606.

3.      The purpose of this Affidavit is to verify compliance and due diligence with regard to the Servicemember's Civil Relief Act ("SCRA").

4.      On 02/13/2019, I performed a Department of Defense/Defense of Manpower Data Center ("DOD/DMDC") verification for the Defendant(s), DALE HARMS, LAURIE HARMS named in this action.

5.      The search results indicate that DALE HARMS, LAURIE HARMS is not active duty military. Further DALE HARMS, LAURIE HARMS has not been notified of a future call up to active duty as of the date of this search. A true and correct copy of the search results are attached hereto as Exhibit "A."

6.      Additionally, I am unable to determine the military status of any unnamed or unknown occupants as I do not have sufficient information to determine their military status.

**AFFIANT FURTHER SAYETH NOT.**

By:  02/13/2019

**ZIEVE, BRODNAX & STEELE, LLP**

_____
**Greg Jones, Staff Accountant**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Orange

On __2/13/19__ before me, Christine O'Brien Notary Public personally appeared, Greg Jones who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____

CHRISTINE O'BRIEN
Notary Public - California
Orange County
Commission # 2167057
My Comm. Expires Oct 8, 2020



### Status Report
### Pursuant to Servicemembers Civil Relief Act

| | |
|---|---|
| SSN: | XXX-XX-6794 |
| Birth Date: | May-XX-1965 |
| Last Name: | HARMS |
| First Name: | LAURIE |
| Middle Name: | ANN |
| Status As Of: | Feb-13-2019 |
| Certificate ID: | JCR9P48ST0PK898 |

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Michael V. Sorrento*

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA 93955

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. ? 501 et seq. as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q33) via this URL: https://scra.dmdc.osd.mil/faq.xhtml#Q33. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. ? 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC ? 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC ? 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC ? 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected.

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

Department of Defense Manpower Data Center



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

SSN:              XXX-XX-2831
Birth Date:       Sep-XX-1964
Last Name:        HARMS
First Name:       DALE
Middle Name:      NORMAN
Status As Of:     Feb-13-2019
Certificate ID:   R0Y09K12S3JWFYT

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Michael V. Sorrento*

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA  93955

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. ? 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q33) via this URL: https://scra.dmdc.osd.mil/faq.xhtml#Q33. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. ? 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC ? 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC ? 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC ? 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected.

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.

<u>VERIFICATION</u>

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am one of the attorneys for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWALT, INC. ALTERNATIVE LOAN TRUST 2005-27, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-27 ("Plaintiff"), plaintiff in this action. Plaintiff is absent from the county of Orange, California, in which my office is located and I make this verification for and on behalf of Plaintiff for that reason. I have read the pleading and I am informed and believe the matters contained herein are true and on that ground allege the matters stated are true.

Executed on February 13, 2019, at Irvine, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Jonathan J. Damen, Esq.
~~Erin M. McCartney, Esq.~~
Talia M. Cortese, Esq.

_____
Signature

VERIFIED COMPLAINT FOR UNLAWFUL DETAINER – RESIDENTIAL

L. Harris
400 Del Antico Ave.
#124
Oakley, CA 94561

CERTIFIED MAIL

RECEIVED

NOV 20 2020

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

7020 1810 0001 0374 8945

Judge William S. Lafferty
Temporary Address
450 Golden Gate Ave.
Mail Box 36099
San Francisco, CA 94102

RETURN RECEIPT
REQUESTED

RETURN RECEIPT
REQUESTED



$7.25
AMOUNT
NOV 16, 20
OAKLEY, CA
94561
FCM LETTER
U.S. POSTAGE PAID
R2304M11655409

94102