Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward, CA 94540
(510) 266-5580

Trustee for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

| In Re | |
|---|---|
| Laurie Ann Harms | Chapter 13 Case Number: 20-41442-WJL13 |
| Debtors(s) | |

### NOTICE OF CONFIRMATION HEARING DATE, TIME AND LOCATION

TO DEBTOR(S), DEBTOR(S)' ATTORNEY AND ALL INTERESTED PARTIES:

   NOTICE IS HEREBY GIVEN that a Confirmation Hearing will be held on January 14, 2021 at 1:30 pm. The hearing will not be conducted in the presiding judge's courtroom but instead will be conducted by telephone or video. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

Date: November 23, 2020

/s/ Martha G. Bronitsky
Signature of Martha G. Bronitsky
Chapter 13 Standing Trustee

| | | |
|---|---|---|
| 1 | In Re | |
| 2 | Laurie Ann Harms | Chapter 13 Case Number: 20-41442-WJL13 |
| 3 | Debtors(s) | |
| 4 | CERTIFICATE OF SERVICE | |

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

November 23, 2020                    /s/Tiffany Chow
                                     Tiffany Chow

                                     Pro Per

Laurie Ann Harms
400 Del Antico Ave #1211             (Counsel for Debtor)
Oakley, CA 94561

(Debtor(s))

Ngc Fund I Llc
C/O Law Offices Of Rouse & Bahlert
1246 18Th Street
San Francisco, CA 94107-0000

Synchrony Bank                       Dale Harms
C/O Pra Receivables Management, Llc  P.O. Box 1211
P.O. Box 41021                       Oakley, CA 94561
Norfolk, VA 23541                    (Creditor)
(Creditor)
                                     Franchise Tax Board
Franchise Tax Board                  Po Box 2952
Po Box 942867                        Sacramento, CA 958122952
Sacramento, CA 94267                 (Creditor)
(Creditor)
                                     United States Treasury
La Clinica De La Raza, Inc           Po Box 7346
P.O. Box 22210                       Philadelphia, PA 191017346
Oakland, CA 94623                    (Creditor)
(Creditor)

United States Treasury
Po Box 7346
Philadelphia, PA  191017346
(Creditor)

Ngc Fund I
11211 Gold Country Blvd #103
Gold River, CA  95670
(Creditor)

La Clinica De La Raza, Inc.
Po Box 22210
Oakland, CA  94623
(Creditor)

United States Treasury
Po Box 7346
Philadelphia, PA  191017346
(Creditor)