Martha G. Bronitsky, SBN 127583
Chapter 13 Standing Trustee
Nima Ghazvini, SBN 254758, Staff Attorney
PO Box 5004
Hayward, CA 94540
(510) 266 - 5580
(510) 266 - 5589
13trustee@oak13.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re

Laurie Ann Harms

debtor(s)

Chapter 13 Case No. 20-41442-WJL13

**JOINT PREHEARING STATEMENT FOR TRUSTEE'S OBJECTION TO CONFIRMATION**

**HEARING DATE:** January 14, 2021
**HEARING TIME:** 1:30 pm
**LOCATION:** Courtroom 220

Martha G Bronitsky, Chapter 13 Trustee met and conferred with Laurie Harms on November 17, 2020.

Remaining issues:

Most of the Trustee's objects are resolved. With the granting of the Relief from Stay and the dismissal of the Adversary Proceeding it appears that the plan does not need to pay 100% to the unsecured creditors.

The current plan would pay the priority claims filed in full.

The debtor is not current with the December 2020 and the time on the Motion to Dismiss will run on 1/27/21.

NGC has not withdrawn the objection to the plan.

The Debtor's objection to the claim of NGC has not been resolved as it was not properly noticed for hearing.
Date: January 07, 2021

/s/ Martha G. Bronitsky
Signature of Martha G. Bronitsky
Standing Chapter 13 Trustee

| | |
|---|---|
| In re<br>    Laurie Ann Harms<br>              debtor(s) | Chapter 13 Case No. 20-41442-WJL13 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| | |
|---|---|
| Laurie Ann Harms<br>400 Del Antico Ave #1211<br>Oakley,CA 94561<br><br>(Debtor(s)) | Pro Per<br><br>(Counsel for Debtor) |
| Date: 1/7/2021 | /s/ Tiffany Chow<br>Tiffany Chow |