CHERYL C. ROUSE (State Bar No. 118313)
NORMAN P. BAHLERT (State Bar No. 135693)
LAW OFFICES OF ROUSE & BAHLERT
1246 18th Street,
San Francisco, CA 94107
Tel (415) 575-9444
Fax (415) 575-9440
rblaw@ix.netcom.com

Attorneys for Objecting Creditor
NGC Fund I LLC, a Delaware
Limited Liability Company

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re

LAURIE ANN HARMS,

              Debtor.

Case No.: 20-41442
Chapter 13

STATEMENT RE OBJECTION TO CONFIRMATION OF DEBTOR'S SECOND AMENDED CHAPTER 13 PLAN FILED OCTOBER 27, 2020

Confirmation Hearing
Date: January 14, 2021
Time: 1:30 p.m.
Ctrm: 220
1300 Clay Street, 2nd Floor
Oakland, CA 94612

**[Hearing will be conducted by telephone or video conference]**

TO THE COURT AND TO ALL INTERESTED PARTIES:

    NGC Fund I LLC, a Delaware Limited Liability Company ("NGC") hereby submits its Statement Re Objection to Confirmation of Debtor's Second Amended Plan as follows:

    1.    A telephone conference has not yet been held with the debtor. Counsel for NGC has a left a message on Debtor's voicemail to meet and confer. Counsel will file an amended Statement once a telephone conference has occurred.

    2.    <u>Legal Issues and Facts</u>:

    NGC is the owner of the real property located at **930 West Cypress Road, Oakley,**

Case: 20-41442  Doc# 79  Filed: 01/07/21  Entered: 01/07/21 16:32:15  Page 1 of 2
Statement re Objection to Confirmation

**CA 94561** (the "Property").  Debtor disputes this and on October 30, 2020, Debtor filed an amended Schedule A/B in which debtor falsely states that she owns the property with another by "tenancy by the entireties."

Further, on October 15, 2020, NGC obtained relief from stay in order proceed with a pending unlawful detainer action (UD Action) in state court.  Thereafter, Debtor improperly removed the UD Action to this court to prevent the trial from occurring.  The court remanded the case back to the state court.  Trial in the matter has been set for January 28, 2021.

There has been extensive litigation with the Debtor in state court regarding the Property since February 15, 2019 when the UD Action was filed.  NGC filed this objection to confirmation to clarify that Debtor has no interest in the subject Property, despite claiming ownership in her bankruptcy schedules. Further, NGC is concerned that in the event that confirmation of the plan occurs based upon the false bankruptcy schedules, that this may be used by the Debtor in some fashion to affect NGC's right to proceed with the trial in the UD Action and thereafter obtain possession of the Property.  Therefore, NGC seeks a ruling that confirmation of Debtor's Second Amended Plan shall not affect the pending UD Action in any way, including any subsequent eviction in the event that NGC prevails at trial.

3. <u>Time needed to resolve the objection</u>: The objection may be resolved at the confirmation hearing.

Dated: January 7, 2021        LAW OFFICES OF ROUSE & BAHLERT

BY:   /s/ Cheryl C. Rouse
      CHERYL C. ROUSE
      Attorneys for Objecting Creditor
      NGC Fund I LLC, a Delaware
      Limited Liability Company