MARTHA G. BRONITSKY, SBN 127583
CHAPTER 13 STANDING TRUSTEE
NIMA GHAZVINI, SBN 254758, Nghazvini@oak13.com
22320 Foothill Boulevard #150
Hayward, California 94541
Phone: (510) 266-5580
Fax: (510) 266-5589

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

LAURIE ANN HARMS
Debtor,

_____/

CHAPTER 13

CASE NO. 20-41442- WJL 13

**DECLARATION IN SUPPORT OF
REQUEST FOR DISMISSAL**

        Comes now Martha G. Bronitsky, Chapter 13 Trustee in the above captioned

matter, and requests that the above captioned case be dismissed for cause and upon

the following:


**Declaration Regarding Default**

The above named debtor is in default under the terms of the proposed plan. Based

upon said default, I served upon the debtor, a MOTION TO DISMISS CHAPTER

13 CASE FOR FAILURE TO MAKE PLAN PAYMENTS [hereinafter

"MOTION"] and signed on January 06, 2021. Said MOTION required the debtor

to bring the case current within 21 days after the date of the MOTION, one of the

foregoing, the case would be dismissed forthwith without further notice or hearing.

Case: 20-41442   Doc# 81   Filed: 02/02/21   Entered: 02/02/21 07:32:50   Page 1 of 2

1  The debtor failed to bring the case current, the debtor is still in default $486.00,

2  which includes this month's payment.

3      The last payment was made on November 24, 2020 in the amount of $43.00.

4  Debtor was noticed that the case would be dismissed forthwith if the debtor failed

5  to respond to and act upon the MOTION and resolve the default. As of the date of

6  this declaration, the debtor has failed to act upon the MOTION.

7

8  Wherefore, I declare under penalty of perjury that the foregoing is true and correct.

9  Executed this date in Hayward, California.

10

11  Date: February 2, 2021

12
                                   /s/Martha G. Bronitsky 5909
13                                 Martha G. Bronitsky, ESQ
                                   Chapter 13 Standing Trustee
14

Case: 20-41442    Doc# 81    Filed: 02/02/21    Entered: 02/02/21 07:32:50    Page 2 of 2